UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 19 CR 728-1 |
| ) | |
| ) | Judge Virginia M. Kendall |
| THOMAS VIVIRITO ) | |
| ) | |

**GOVERNMENT'S UNOPPOSED MOTION**
**TO EXONERATE BOND**

The United States of America by its attorney, JOHN R. LAUSCH, JR., United States Attorney of the Northern District of Illinois for its motion, moves as follows:

1. Pursuant to a Pre-Trial Release Order entered October 31, 2019, Thomas Vivirito posted his interest in certain real property to secure the defendant's release on bond. As a result, the property was encumbered pending the defendant's completion of the bond requirements.

2. As the defendant has been convicted, sentenced and was remanded to the federal correctional institution to begin the custody portion of his sentence, the government hereby submits this motion to exonerate the bond. In addition, the government requests that this Court order the release of any lien or other encumbrance lodged against the real property as it relates to this bond and further order that the quit claim deed executed in favor of the United States of America, currently held in the custody of the Clerk of the United States District Court, Northern District of Illinois, be returned to the surety in care of defense counsel, Jodi L. Garvey.

3. Defendant's counsel has been contacted regarding this motion and counsel has no objection to the motion or the entry of the Order.

WHEREFORE, the government respectfully requests this Court exonerate the bond posted in this case.

        Respectfully submitted,

        JOHN R. LAUSCH, JR.
        United States Attorney

By:   */s/ Ashley A. Chung*
       ASHLEY A. CHUNG
       Assistant U.S. Attorney
       219 S. Dearborn St., Room 500
       Chicago, Illinois 60604
       (312) 353-5300